OPINION OF THE COURT
Memorandum.
The order of the Appellate Division should be affirmed. (Matter of St. Luke’s Hosp. Center v Ingraham, 43 NY2d 771.) We also observe that the rate-fixing order of the Commissioner of Health, being quasi-legislative in nature, could not have been annulled except upon a compelling showing that the calculations from which it derived were unreasonable (see Matter of Sigety v Ingraham, 29 NY2d 110, 114). In making a quasi-legislative determination, the commissioner, of course, is not confined to factual data alone but also may apply broader *969 judgmental considerations based upon the expertise and experience of the agency he heads, including, for instance, such matters as "the need for incentives to improve services and institute economies” and "economic factors in the area in which the hospital is located” (Public Health Law, § 2807, subd 3; see Matter of Fisher [Levine], 36 NY2d 146, 150; cf. 1 Davis, Administrative Law Treatise [2d ed], § 6.6).